# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALIL K. HAMMOND** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LANCASTER CITY BUREAU OF POLICE, et al.** | : | **NO. 17-1885** |

## ORDER

AND NOW, this 30th day of May, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff, Khalil K. Hammond, #KC-9993, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, an initial partial filing fee of $6.32 is assessed. The Superintendent or other appropriate official at SCI-Fayette or at any other prison at which plaintiff may be incarcerated is directed to deduct $6.32 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 17-1885. In each succeeding month when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-1885.

3. The Clerk of Court is directed to send a copy of this order to the Superintendent of SCI-Fayette.

4. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

5. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order. If he chooses to file an amended complaint, plaintiff shall list all defendants in the caption of the amended complaint as well as in the body of the amended complaint, and shall specify how each defendant was responsible for violating his rights. Upon the filing of an amendment the Clerk shall not make service until so ORDERED.

6.

**BY THE COURT:**

*s/ Thomas N. O'Neill, Jr.*
**THOMAS N. O'NEILL, JR., J.**